**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 97-7784**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

KEVIN L. STODDARD,

Defendant - Appellant.

_____

Appeal from the United States District Court for the District of Maryland, at Baltimore. Herbert N. Maletz, Senior Judge, sitting by designation. (CR-93-437-DKC, CA-96-429-HNM)

_____

Submitted: September 30, 1998          Decided: October 19, 1998

_____

Before NIEMEYER and HAMILTON, Circuit Judges, and HALL, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Kevin L. Stoddard, Appellant Pro Se. William Warren Hamel, OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Kevin L. Stoddard appeals the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See United States v. Stoddard, Nos. CR-93-437-DKC; CA-96-429-HNM (D. Md. Oct. 24, 1997); see also Lindh v. Murphy, 521 U.S. 320 (1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED